UNITED STATES of America, Plaintiff–Appellee,

v.

John PETTIFORD, Defendant–Appellant.

No. 08–11232
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Sept. 17, 2008.

Elizabeth R. Francisco, Sinnreich & Francisco, Macon, GA, for Defendant–Appellant.

Dean S. Daskal, U.S. Attorney's Office, Columbus, GA, for Plaintiff–Appellee.

of Florida, sitting by designation.

Before ANDERSON, HULL and PRYOR, Circuit Judges.

PER CURIAM:

Elizabeth R. Francisco, appointed counsel for John Pettiford, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED** and Pettiford's conviction and sentence are **AFFIRMED.**